BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
LANCE TURNER

RIORDAN & HORGAN
Dennis P. Riordan (State Bar No. 69320)
dennis@riordan-horgan.com
Donald M. Horgan (State Bar No. 121547)
don@riordan-horgan.com
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorneys for Defendant
LEN TURNER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC WORTHEN, et al.,<br><br>Defendants. | Case No. 17-cr-0175-CRB<br><br>**DEFENDANTS' LANCE AND LEN TURNER'S WITNESS LIST**<br><br>Pretrial Conference: May 8, 2018<br>Time: 2:30 p.m.<br>Court: Hon. Charles R. Breyer |

Defendants Len and Lance Turner hereby advise that they may call any or all of the following witnesses in their case-in-chief in the trial in the above-captioned case. Defendants respectfully reserve the right to supplement this list as necessary and/or in response to the government's evidence during its case-in-chief at trial:

1. "William Joseph"
2. Special Agent Ethan Quinn
3. Special Agent Roahn Wynar
4. Maria Robles
5. Laura Crosby

Dated: April 30, 2018

Respectfully submitted,

BOERSCH SHAPIRO LLP

 /s/Martha Boersch_____
Martha Boersch

Attorneys for Lance Turner

RIORDAN & HORGAN

 /s/Dennis P. Riordan_____
Dennis P. Riordan

Attorneys for Len Turner