| | |
|---|---|
| 1 | BOERSCH SHAPIRO LLP |
| 2 | David W. Shapiro (State Bar No. 219265) |
|   | Dshapiro@boerschshapiro.com |
| 3 | Martha Boersch (State Bar No. 126569) |
|   | Mboersch@boerschshapiro.com |
| 4 | Lara Kollios (State Bar No. 235395) |
|   | Lkollios@boerschshapiro.com |
| 5 | 1611 Telegraph Ave., Ste. 806 |
|   | Oakland, CA 94612 |
| 6 | Telephone: (415) 500-6640 |
| 7 | |
|   | Attorneys for Defendant |
| 8 | LANCE TURNER |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-0175-CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SETTING PRE-TRIAL SCHEDULE** |
| v. | |
| WORTHEN, et al., | |
| Defendants. | |

This matter came on for a Status Conference on June 18, 2018. The Court set dates for jury selection and trial and ordered the parties to stipulate to a pretrial date. The parties hereby stipulate and agree as follows.

Defendants Len and Lance Turner, by and through their counsels of record, and the United States, by and through Assistant United States Attorney John Hemann, hereby stipulate and agree that the date for all parties to file their motions *in limine* will be July 16, 2018. Oppositions to the motions *in limine* will be due on or before July 23, 2018. The Pretrial Conference will be held on July 30, 2018, at 2:30 p.m.

Dated: June 21, 2018                     /s/Martha Boersch
                                         Martha Boersch

                                         Attorney for Lance Turner

1    STIPULATION AND [PROPOSED] ORDER
     SETTING PRE-TRIAL SCHEDULE
     Case No.: 17-cr-0175-CRB

    /s/Dennis Riordan
Dennis Riordan

Attorney for Len Turner

    /s/John Hemann
John Hemann
Assistant United States Attorney

## [PROPOSED] ORDER

Having reviewed the foregoing stipulation and good cause having been shown, IT IS HEREBY ORDERED that the dates for all parties to file their motions *in limine* shall be July 16, 2018. Oppositions will be due July 23, 2018.

IT IS FURTHER ORDERED that the Pretrial Conference will be held July 30, 2018 at 2:30 p.m.

IT IS SO ORDERED.

Date: June 22, 2018

_____
HONORABLE CHARLES R. BREYER
United States Senior District Judge