ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KIMBERLY HOPKINS (MABN 668608)
ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kimberly.Hopkins@usdoj.gov
    Andrew.Dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 17-0175 CRB |
| Plaintiff, | PARTIES' JOINT SUBMISSION REGARDING VOIR DIRE QUESTIONS TO BE POSED BY THE COURT |
| v. | |
| LEN TURNER, and<br>LANCE TURNER, | Pretrial Conference: July 30, 2018<br>Time: 2:00 P.M.<br>Court: Hon. Charles R. Breyer |
| Defendants. | |

    Pursuant to the Court's Order for Pretrial Preparation for Criminal Jury Trial (Dkt. 186), in the above-captioned case, the parties advise as follows regarding the voir dire questions to be posed by the Court. The defendants request that prior to the Court's last question during voir dire, the Court also tender the following question:

    At this trial, the law obliges each juror to presume the defendant innocent of the charged crime unless and until the government proves every element of the charged crime beyond a reasonable doubt. Does any juror have a question in his or her mind as to whether he or she can fully and fairly apply that rule in deciding each defendant's guilt or innocence?

The government has no objection to the Court posing this question to the prospective jurors. The government has no additional questions to request that the Court ask the jurors.

DATED: July 20, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/
KIMBERLY HOPKINS
ANDREW F. DAWSON
Assistant United States Attorneys

DATED: July 20, 2018

/s/
DENNIS P. RIORDAN
Counsel for Defendant Len Turner

DATED: July 20, 2018

/s/
MARTHA BOERSCH
Counsel for Defendant Lance Turner

JOINT SUBMISSION RE VOIR DIRE
CR 17-0175 CRB                    2