United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>LEN TURNER and LANCE TURNER,<br><br>　　　　　　Defendant. | Case No.3:17-cr-00175-CRB-7-8<br><br>**ORDER FOR JURY REFRESHMENTS** |

　　　　IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the 16 members of the jury in the above-entitled matter beginning **August 21, 2018 at 7:30 AM**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom 6, 17th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

　　　　IT IS SO ORDERED.

Dated: August 8, 2018

_____

CHARLES R. BREYER
United States District Judge