DAVID L. ANDERSON (CABN 149604)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KIMBERLY HOPKINS (MABN 668608)
ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kimberly.Hopkins@usdoj.gov
    Andrew.Dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-0175 CRB |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM FEBRUARY 28, 2019 TO MARCH 15, 2019 AND [PROPOSED] ORDER |
| v. | |
| LEN TURNER, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Len Turner, that time be excluded under the Speedy Trial Act from February 28, 2019 through March 15, 2019.

On January 31, 2019, this Court signed an Order excluding time under the Speedy Trial act from January 30, 2019, through February 28, 2019. On February 25, 2019, this Court set this matter for a Status/Trial Setting Hearing on March 15, 2019. The government and counsel for the defendant hereby stipulate and agree that time be excluded under the Speedy Trial Act for continuity of counsel and in order to allow for the effective preparation of counsel in light of certain codefendants' recently completed trial. The parties agree that, for these reasons, time should be excluded through March 15,

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 17-0175 CRB                                                                                                          v. 7/10/2018

2019. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from February 28, 2019 to March 15, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 27, 2019

/s/
KIMBERLY HOPKINS
ANDREW F. DAWSON
Assistant United States Attorneys

DATED: February 27, 2019

/s/
DENNIS RIORDAN, ESQ.
Counsel for Defendant Len Turner

### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from February 28, 2019 through March 15, 2019 would unreasonably deny the defendant continuity of counsel and would not allow for the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 28, 2019 to March 15, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 28, 2019 through March 15, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: February 28, 2019

HON. CHARLES R. BREYER
United States District Judge