1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KIMBERLY HOPKINS (MABN 668608)
   ANDREW F. DAWSON (CABN 264421)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Kimberly.Hopkins@usdoj.gov
       Andrew.Dawson@usdoj.gov
9
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 17-0175 CRB |
| | ) | |
| Plaintiff, | ) | STIPULATION SETTING BRIEFING SCHEDULE |
| | ) | AND [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| LEN TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

The parties in this matter have met and conferred regarding pre-trial proceedings. The government is considering filing a motion to preclude an entrapment defense at trial in light of the evidence admitted in the first trial, and the parties agree that the Court's early consideration of such a motion would streamline the parties' preparations for trial. The parties agree that such a motion is amenable to early resolution, and they hereby stipulate and agree that any such motion should be filed by July 17, 2019. The defendant's memorandum in opposition will be due on July 24, 2019, and any reply filed by the government will be filed by July 26,

//

//

2019.  The parties further propose that the motion be set for hearing on July 31, 2019.

IT IS SO STIPULATED.

DATED: July 2, 2019                              /s/
                                         KIMBERLY HOPKINS
                                         ANDREW F. DAWSON
                                         Assistant United States Attorneys

DATED: July 2, 2019                              /s/
                                         DENNIS RIORDAN, ESQ.
                                         Counsel for Defendant Len Turner

# [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court sets the following schedule for any government motion to preclude an entrapment defense at trial:

The government's motion will be due July 17, 2019.

Defendant Turner's memorandum in opposition will be due July 24, 2019.

Any government reply in support of its motion will be due on July 26, 2019.

The motion will be set for hearing on July 31, 2019. at 1:30 p.m.

IT IS SO ORDERED.

DATED:  July 11, 2019                            _____
                                         HON. CHARLES R. BREYER
                                         United States District Judge

STIPULATION SETTING BRIEFING SCHEDULE AND [PROPOSED] ORDER
Case No. CR   17-0175 CRB                                          v. 7/10/2018