1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MATTHEW YELOVICH (CABN 351330)
3  Deputy Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorneys
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Andrew.Dawson@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,    ) NO. CR 17-0175 CRB
                                  )
14 |     Plaintiff,                ) STIPULATION CONTINUING HEARING,
                                  ) EXCLUDING TIME, AND [PROPOSED] ORDER
15 |   v.                          )
                                  )
16 | LEN TURNER,                   )
                                  )
17 |     Defendant.                )
                                  )
18

19      The parties in this matter were previously set for a status conference on May 3, 2024.  Per the

20 government's request, the conference was continued to May 10, 2024.  Defendant Turner's newly

21 retained counsel is still in the process of reviewing the record in this matter, and the parties agree that an

22 additional continuance and exclusion of time until that next hearing is appropriate for the effective

23 preparation of counsel.  Thus, the parties hereby stipulate and agree that time should be excluded

24 between May 3, 2024 and May 10, 2024.  An exclusion of time is appropriate for effective preparation

25 of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of

26 justice served by excluding this time from computation under the Speedy Trial Act

27 //

28 //

STIPULATION EXCLUDING TIME AND [PROPOSED] ORDER
Case No. CR  17-0175 CRB

outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

    IT IS SO STIPULATED.

DATED: May 2, 2024

           /s/
ANDREW F. DAWSON
Assistant United States Attorneys

DATED: May 2, 2024

           /s/
SHAFFY MOEEL
Counsel for Defendant Len Turner

## [~~PROPOSED~~] ORDER

    For good cause shown, the Court finds that an exclusion of time under the Speedy Trial Act from May 3, 2024, through May 10, 2024, is appropriate for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding that time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 3, 2024 through May 10, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

    IT IS SO ORDERED.

DATED: May 3, 2024

HON. CHARLES R. BREYER
United States District Judge

STIPULATION EXCLUDING TIME AND [~~PROPOSED~~] ORDER
Case No. CR 17-0175 CRB