```
1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MATTHEW YELOVICH (CABN 351330)
3  Deputy Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7019
7      FAX: (415) 436-7234
       andrew.dawson@usdoj.gov
8
   Attorneys for United States of America
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 17-175 CRB |
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| LEN TURNER, et al. | ) | |
| Defendants. | ) | |

The parties in this matter have executed a Non-Prosecution Agreement. Pursuant to that Agreement and the averments therein, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California seeks leave of court to dismiss the above indictment as to Defendant Len Turner.

DATED: May 9, 2024                    Respectfully submitted,

                                      ISMAIL J. RAMSEY
                                      United States Attorney

                                         /s/
                                      _____
                                      MATTHEW YELOVICH
                                      Deputy Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 17-175_____                                          v. 8/4/2021

Leave is granted to the government to dismiss the indictment as to Defendant Len Turner.

Date: _____

_____
HON. CHARLES R. BREYER
United States District Judge

NOTICE OF DISMISSAL
No. CR 17-175_____                                                                                              v. 8/4/2021