SHAFFY MOEEL (State Bar No. 238732)
HANNI M. FAKHOURY (State Bar No. 252629)
Moeel Lah Fakhoury LLP
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Telephone: (510) 500-9994
shaffy@mlf-llp.com
hanni@mlf-llp.com

Attorneys for Defendant
LEN TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   Plaintiff,   v.   **LEN TURNER,**   Defendant. | Case Number: 17-CR-175-CRB   **[PROPOSED] ORDER EXONERATING BOND** |

On May 10, 2024, this Court issued an order granting leave for the government to dismiss the indictment against Mr. Turner pursuant to Federal Rule of Criminal Procedure 48(a). Dkt. 700.

The Court now orders that Mr. Turner's unsecured bond of $50,000.00 and all related conditions for pre-trial release entered on April 25, 2017 are hereby exonerated. Dkt. 37.

IT IS SO ORDERED.

DATED: May 29, 2024

_____
HON. CHARLES R. BRYER
UNITED STATES DISTRICT JUDGE